**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr0735-LAB |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| SERGIO MAYA-RIOS, | |
| Defendant. | |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 8] without prejudice.

**IT IS SO ORDERED.**

DATED: 3/26/2020

_____
HON. LARRY A. BURNS
Chief United States District Judge